UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60061-CIV-MOORE/SNOW

JORGE E. RODRIGUEZ,

    Plaintiff,

v.

111 SW 2ND AVE, LLC,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Jorge E. Rodriguez, hereby notifies the Court that this cause may be dismissed WITHOUT prejudice.

    Respectfully submitted,

    s/ *Scott D. Owens*
    Scott D. Owens, Esq.
    Scott D. Owens, P.A.
    3800 S. Ocean Dr., Ste. 235
    Hollywood, FL 33019
    Tel: 954-589-0588
    Fax: 954-337-0666
    scott@scottdowens.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

    BY: s/ *Scott D. Owens*
    Scott D. Owens, Esq.