UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60061-CIV-ALTMAN/Hunt

**JORGE E. RODRIGUEZ**,

    Plaintiff,

v.

**111 SW 2ND AVE, LLC**,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on April 26, 2019 ("Notice") **[ECF No. 20]**. The Plaintiff seeks a voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court notes that the Defendant, 111 SW 2nd Ave, LLC, has not filed an Answer or Motion for Summary Judgment in this action, and that, as a result, the Plaintiff's voluntary dismissal is self-effectuating.

Being fully advised,

The Court hereby **DISMISSES** the above-styled case without prejudice. The Clerk shall **CLOSE** the case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of April 2019.

                                                            **ROY K. ALTMAN**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record